# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### NORTHERN DIVISION

| | | |
|---|---|---|
| TONY HUX, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| CAROLYN COLVIN, | ) | **CASE NO. 2:12-CV-65-D** |
| Acting Commissioner of the Social | ) | |
| Security Administration, | ) | |
|       Defendant. | ) | |

Decision by the Court:

     **IT IS ORDERED AND ADJUDGED** that the Consent Motion to Remand [D.E. 24] is GRANTED. The Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and REMANDS the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 21, 2013,** WITH A COPY TO:

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)


June 21, 2013                                        JULIE A. RICHARDS, Clerk
Date                                                   Eastern District of North Carolina

                                                  /s/Debby Sawyer
                                                  (By) Deputy Clerk

Raleigh, North Carolina