IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:12-cv-65-D

TONY HUX,

        Plaintiff,

v.

CAROLYN COLVIN,
Acting Commissioner of Social
Security,

        Defendant.

**ORDER**

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $9,573.75 for attorney fees, to be paid from Plaintiff's back benefits pursuant to Plaintiff's fee agreement and § 406(b) of the Social Security Act.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, the sum of $9,573.75 from Plaintiff's back benefits. Upon the payment of such sum, this case is dismissed with prejudice.

This _2_ day of _September_ 2014.

        _James Dever_
        United States District Judge